# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Criminal Action No. 14-cr-00427-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO CUEVAS,

    Defendant.

---

## ORDER TO SURRENDER IN LIEU OF
## TRANSPORTATION BY THE UNITED STATES MARSHAL

---

IT IS ORDERED that Defendant, FRANCISCO CUEVAS, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, Federal Correctional Institution in Safford, Arizona, on April 1, 2016, by 12:00 noon, and will travel at his own expense.

DATED: March 15, 2016

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge